JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVATORE PATRICK OSIO, | CASE NO. CV 09-1686-JFW (PJW) |
| Petitioner, | |
| v. | J U D G M E N T |
| ROBERT TAYLOR, CHIEF PROBATION OFFICER, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:   <u>September 23, 2010</u>.

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Judgment.wpd